THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
WESLEY L. HSU (No. 188015)
Assistant United States Attorney
Deputy Chief, Cyber and
Intellectual Property Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3045
    Facsimile:  (213) 894-8601
    E-mail: Wesley.Hsu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-1819M |
| Plaintiff, | <u>FINDINGS AND ORDER RE: CONTINUANCE OF POST-INDICTMENT ARRAIGNMENT AND SPEEDY TRIAL ACT</u> |
| v. | |
| MIGUEL CORTEZ, aka "Miguel Cortes," | **Current Post-Indictment Arraignment:** |
| Defendant. | **April 7, 2008** |

    GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact stipulated to by the parties in the April 1, 2008 stipulation regarding continuance of post-indictment arraignment and Speedy Trial Act findings and finds that the interests of justice outweigh the defendant's and the public's right to the filing of charges and commencement of trial in accordance with the Speedy Trail Act, 18 U.S.C. § 3161.

    The Court further finds that the time between April 7, 2008, and May 19, 2008, inclusive, is excludable pursuant to 18

U.S.C. § 3161(h)(8)(A) & (B).  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which charges must be filed and trial must commence.

   IT IS THEREFORE ORDERED that the post-indictment arraignment scheduled for April 7, 2008, shall be continued to May 19, 2008 at 8:30 a.m.

DATED: March 27, 2008

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

THOMAS P. O'BRIEN
United States Attorney


            /s/
_____
WESLEY L. HSU
Assistant United States Attorney